# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES MALDONADO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-05827 PA (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss is denied; (3) petitioner's Motion for Summary Judgment is denied; and (4) Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: December 2, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE