JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MOISES MALDONADO,

          Petitioner,

   v.

NEIL McDOWELL, Warden,

          Respondent.

Case No. CV 15-05827 PA (AFM)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  December 2, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE